IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

RAMON ESPINOSA,
                    *Plaintiff,*

    v.

EXPERIAN INFORMATION SOLUTIONS,
INC.
                    *Defendant.*

1:23-cv-1444-MSN-IDD

ORDER

This matter is before the Court on Plaintiff's Motion to Vacate Arbitration Award (ECF 22).

For the reasons stated in open court, it is hereby

**ORDERED** that Plaintiff's Motion to Vacate Arbitration Award (ECF 22) is **DENIED**; and it is further

**ORDERED** that the arbitration award is **CONFIRMED**.

The Clerk is directed to forward a copy of this Order to counsel of record and to terminate this civil action.

**SO ORDERED.**

/s/
Michael S. Nachmanoff
United States District Judge
Michael S. Nachmanoff
United States District Judge

August 22, 2025
Alexandria, Virginia